FILED
GREAT FALLS DIV.

'06 MAR 13 PM 1 05

PATRICK E. DUFFY, CLERK
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MARJORIE ADAMS and WILLIAM ADAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>ED HAKE and KATHY HAKE d/b/a CANYON ADVENTURES, and JOHN DOES 1-6,<br><br>Defendants. | No. CV-04-05-BU-SEH<br><br>**ORDER** |

A hearing on Defendant's Motion for Summary Judgment was held on March 10, 2006, and upon the record made in open court,

ORDERED:

Defendant's Motion for Summary Judgment[1] is DENIED.

Dated this 13th day of March, 2006.

SAM E. HADDON
United States District Judge

---

[1] Docket No. 29.